THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QUENTIN J. STEVENS,

              Plaintiff,

   v.

JEHOVAH WITNESS.ORG *et al.*,

             Defendants.

CASE NO. C19-2087-JCC

ORDER

This matter comes before the Court *sua sponte*. On January 16, 2020, the Court, having reviewed Plaintiff's *in forma pauperis* complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), found that Plaintiff had failed to state a claim upon which relief could be granted because he had not identified the laws or statutes upon which his claim is based or specifically described the alleged misconduct. (*See* Dkt. No. 6.) The Court ordered Plaintiff to file an amended complaint curing the deficiencies identified by the Court within 21 days of the date the Court's order was issued. (*Id*. at 2.) Plaintiff has not filed an amended complaint, and 21 days have now elapsed. Therefore, the Court DISMISSES the case without prejudice.

//
//
//
//

ORDER
C19-2087-JCC
PAGE - 1

1      DATED this 21st day of February 2020.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-2087-JCC
PAGE - 2